# United States District Court
## For The Western District of North Carolina
## Charlotte Division

Manuel C. Benitez ,

                Plaintiff(s),                        JUDGMENT IN A CIVIL CASE

vs.                                         3:11-cv-58

Joyce Kornegay ,

                Defendant(s).

DECISION BY COURT.  This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's February 2, 2012 Order.

                                      Signed: February 1, 2012

Frank G. Johns, Clerk
United States District Court